O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JASON L. TRAN, | ) | CASE NO. CV 05-07716 AHM (RZ) |
| Petitioner, | ) | |
| | ) | ORDER ACCEPTING FINDINGS AND |
| vs. | ) | RECOMMENDATIONS OF UNITED |
| | ) | STATES MAGISTRATE JUDGE |
| DERRICK L. OLLISON, WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, the Report and Recommendation and Supplemental Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge, but notes that the word "not" was inadvertently omitted at page 3, line 19. With that correction, the "R&R" is most admirably presented.

DATED: August 11, 2009

*[signature]*

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE